# Exhibit 1

# United States of America
### United States Patent and Trademark Office

# LUKE COMBS

**Reg. No. 5,417,705**  
**Registered Mar. 06, 2018**  
**Int. Cl.: 25**  
**Trademark**  
**Principal Register**

Combs, Luke (UNITED STATES INDIVIDUAL)  
54 Music Square E, Suite 300  
Nashville, TENNESSEE 37203

CLASS 25: Clothing, namely, tops, shirts, T-shirts, sweatshirts

FIRST USE 2-1-2014; IN COMMERCE 2-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-562,593, FILED 08-09-2017



Director of the United States  
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# LUKE COMBS

**Reg. No. 5,573,127**
**Registered Oct. 02, 2018**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Combs, Luke (UNITED STATES INDIVIDUAL)
54 Music Square E, Suite 300
Nashville, TENNESSEE 37203

CLASS 41: Entertainment services in the nature of live musical performances, live music concerts, and personal appearances by a professional entertainer; entertainment services in the nature of live audio and visual performances; audio and video recording services; Entertainment services, namely, providing a website featuring news and information in the field of music and entertainment and nondownloadable videos of musical performances, musical videos, related film clips, photographs, and multimedia files containing videos and sound recordings; entertainment services by a producer, namely, musical composition for others and production of musical sound recordings

FIRST USE 2-1-2014; IN COMMERCE 2-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Luke Combs", whose consent(s) to register is made of record.

SER. NO. 87-562,652, FILED 08-09-2017

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# LUKE COMBS

**Reg. No. 5,573,124**
**Registered Oct. 02, 2018**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Combs, Luke (UNITED STATES INDIVIDUAL)
54 Music Square E, Suite 300
Nashville, TENNESSEE 37203

CLASS 9: Musical sound recordings; Pre-recorded compact discs and DVDs featuring musical entertainment; digital media, namely, downloadable audio files and downloadable audio and video recordings featuring musical entertainment; downloadable musical sound recordings; downloadable video recordings featuring musical entertainment; musical video recordings; video recordings featuring musical entertainment

FIRST USE 2-1-2014; IN COMMERCE 2-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Luke Combs", whose consent(s) to register is made of record.

SER. NO. 87-562,533, FILED 08-09-2017

Director of the United States
Patent and Trademark Office